UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

**Case No. 20-cv-23267-BLOOM/Louis**

SYNOVUS BANK,
*successor by merger with*
*Florida Community Bank, N.A.*,

    Plaintiff,

v.

TOMAS ROMERO
and CARIBBEAN SUN AIRLINES, INC.,

    Defendants.
_____/

**ORDER**

    **THIS CAUSE** is before the Court on Plaintiff's Notice of Voluntary Dismissal, ECF No. [21]. Plaintiff moves to dismiss this action in its entirety. Being fully advised, it is

    **ORDERED AND ADJUDGED** that Plaintiff's Notice of Voluntary Dismissal, **ECF No. [21]**, is approved and adopted, and the above-styled case is **DISMISSED**. The Clerk is directed to **CLOSE** this case.

    **DONE AND ORDERED** in Chambers at Miami, Florida, on October 6, 2020.

                                      **BETH BLOOM**
                                      **UNITED STATES DISTRICT JUDGE**

Copies to: Counsel of Record